IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS LOUIS BUSICH,<br><br>　　　　　Petitioner,<br><br>　　　vs.<br><br>JEFFREY WRIGLEY,<br><br>　　　　　Respondent.<br>_____ | 1:**06-0936 -CV- OWW WMW HC**<br><br>**ORDER DENYING MOTION FOR EXPEDITED RULING**<br><br>[Doc. 11] |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On February 12, 2007, Petitioner filed a motion to expedite this case. The court understands Petitioner's need and desire to have his case heard quickly as he believes that relief is warranted. However, the court has pending before it at any given time hundreds of habeas cases wherein each prisoner alleges that relief is warranted. Case management at the

1  court proceeds by the order cases are received.  Due to the high volume of such cases and the
2  court's diligent handling of each case, a court decision often takes time.  Petitioner can rest
3  assured that the court acts to resolve all pending cases in the most efficient manner possible.
4  Accordingly, Petitioner's case will be heard in due course.

5      Based on the above, Petitioner's motion is HEREBY DENIED.

6  IT IS SO ORDERED.

7  **Dated:**   February 20, 2007          /s/  **William M. Wunderlich**
    mmkd34                                 UNITED STATES MAGISTRATE JUDGE