**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PEGGY S. DOYLE, SBN 176483
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Respondent
TAFT CORRECTIONAL INSTITUTION,
erroneously sued herein as JEFF WRIGLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS LOUIS BUSICH,<br><br>    Petitioner,<br><br>v.<br><br>JEFF WRIGLEY,<br><br>    Respondent. | CASE NO. **1:06-0936-CV-LJO-WMW HC**<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO PETITION BY MAY 14, 2007** |

**ORDER**

Upon review of defendant TAFT CORRECTIONAL INSTITUTION's Request For Extension of Time to Respond to Petition, filed on May 9, 2007, and good cause appearing therefor, the court HEREBY GRANTS Respondent's request and orders that a responsive pleading be filed by May 14, 2007.

IT IS SO ORDERED.

**Dated:   May 9, 2007**          /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE