IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS LOUIS BUSICH,

    Petitioner,        No. 1:06-CV-0936 ALA HC

    vs.

JEFF WRIGLEY,

    Respondent.       <u>ORDER</u>

_____/

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a motion for summary judgment on June 27, 2007. Respondent has not filed a response. Respondent is directed to file a response to Petitioner's motion for summary judgment.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondent is directed to file a response to Petitioner's June 27, 2007, motion for summary judgment within thirty-five (35) days from the date of this order; and

    2. Petitioner's reply to Respondent's response, if any, shall be filed within thirty-five (35) days from the date of filing of Respondent's response.

/////

DATED: November 8, 2007        /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation