1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                        FOR THE EASTERN DISTRICT OF CALIFORNIA

6    NICHOLAS LOUIS BUSICH,

7              Petitioner,                        No. CIV-06-0936 ALA HC

8         vs.

9    JEFFREY WRIGLEY,

10             Respondent.              ORDER

11    _____/

12        Pending before the court is Petitioner's May 1, 2007 "Request to Enter Default and Set

13   Matter for Evidentiary Hearing.  FedRCivPRO, Rule 55 " (doc. 20).  Therein, Petitioner argues

14   for entry of default on the ground that although the court ordered a response by April 27, 2007,

15   Respondent failed to respond by that date.  Although Petitioner's assertion is correct, "[t]he

16   failure to respond to claims raised in a petition for habeas corpus does not entitle the petitioner to

17   a default judgment." *Gordon v. Duran*, 895 F.2d 610, 612 (9th Cir. 1990).  Therefore,

18   Petitioner's request for entry of default is denied.

19        To the extent that Petitioner also moves for an evidentiary hearing, that request is also

20   denied.  Petitioner has provided no explanation as to why an evidentiary hearing is necessary.

21   *See Schriro v. Landrigan*, 127 S. Ct. 1933, 1940 (2007) ("In deciding whether to grant an

22   evidentiary hearing, a federal court must consider whether such a hearing could enable an

23   applicant to prove the petition's factual allegations, which, if true, would entitle the applicant to

24   federal habeas relief.").

25        Therefore, IT IS ORDERED DENYING Petitioner's "Request to Enter Default and Set

26   Matter for Evidentiary Hearing.  FedRCivPRO, Rule 55" (doc. 20).

1

1  /////

2  DATED: December 21, 2007

3                                       /s/ Arthur Alarcón
                                        UNITED STATES CIRCUIT JUDGE
4                                       Sitting by Designation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26