IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS LOUIS BUSICH,

    Petitioner,               No. 1:06-cv-0936 ALA HC

    vs.

JEFFREY WRIGLEY,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner filed a motion for summary judgment on the following grounds: (1) a default judgment was entered against Respondent which Respondent failed to have set aside; and (2) Sentencing Guidelines Section 5G1.3 entitle Petitioner to 237 days credit for time served and good time credits on his federal sentence per *Stinson v. United States*, 508 U.S. 36 (1993).

    However, on December 26, 2007, we denied Petitioner's "Request to Enter Default and Set Matter for Evidentiary Hearing." (doc. 41). Therefore, his motion for summary judgment is denied. Fed. R. Civ. P. Rule 56 (providing summary judgment may be granted in favor of a party "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.").

    Petitioner is instructed to file a traverse within 30 days, addressing the merits.

1

/////

Therefore, IT IS ORDERED that:

(1) Petitioner's June 27, 2007, motion for summary judgment is DENIED; and

(2) Petitioner is instructed to file a traverse within 30 days.

/////

DATED: March 25, 2008

                                        /s/ Arthur Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation