IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS LOUIS BUSICH,

    Petitioner,               Case No. 1:06-cv-00936 ALA (HC)

    vs.

JEFFREY WRIGLEY,

    Respondent.           ORDER TO SHOW CAUSE

_____/

    Respondent filed sentence monitoring computation data which indicates that Mr. Busich is projected to be released from prison on May 9, 2008. (Doc. 25, Exhibit A).

    Accordingly, IT IS HEREBY ORDERED that on or before October 3, 2008:

    1. The parties report whether Mr. Busich was released from prison as indicated by the data provided; and if so,

    2. The parties show cause why this action should not be dismissed as moot.

DATED: September 18, 2008

                                    /s/ Arthur Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation